✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

USA

V.

Chavez

## EXHIBIT AND WITNESS LIST

Case Number: 2:26-mj-0173-BR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Lee Ann Reno | Anna Marie Bell-DOJ | Cristy J McElroy-FPD |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/11/2026 | Digital | N. Thomas |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 9/11/2026 | | | Andrew Beauchemin, FBI SA |
| 1-20 | | 9/11/2026 | X | X | Exhibits 1 - 20 SEALED |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



Print Save As... Export as FDF Retrieve FDF File New Page Reset