IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SEP 24 2026 PM2:30
FILED - USDC - NDTX - AM

UNITED STATES OF AMERICA

v.

SAMUEL CHAVEZ

NO. 2-26CR-108-Z

# INDICTMENT

The Grand Jury Charges:

Count One
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

From on or about August 27, 2026, and continuing through on or about August 28, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Samuel Chavez**, defendant, for the purpose of issuing a true threat to injure and kill another person and with knowledge that the communication would be viewed as a true threat to injure and kill another person, did knowingly transmit in interstate and foreign commerce a post on Instagram containing a true threat to injure and kill another person, that is, individuals associated with the Momentum of Roses fashion brand in Amarillo, Texas, including C.P., M.R., S.V., E.D., E.B., and C.E.

In violation of Title 18, United States Code, Section 875(c).

Count Two
Cyber Stalking
(Violation of 18 U.S.C. § 2261A(2))

From on or about a date unknown to the grand jury and continuing through in or about August 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Samuel Chavez**, defendant, with intent to kill, injure, harass, and intimidate C.P., used an interactive computer service, an electronic communication service, an electronic communication service of interstate commerce, and facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to C.P., and placed C.P. in reasonable fear of death and serious bodily injury.

In violation of Title 18, United States Code, Section 2261A(2).

<u>Count Three</u>
Cyber Stalking
(Violation of 18 U.S.C. § 2261A(2))

From on or about August 26, 2026, and continuing through on or about August 28, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Samuel Chavez**, defendant, with intent to kill, injure, harass, and intimidate M.R., used an interactive computer service, an electronic communication service, an electronic communication service of interstate commerce, and facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to M.R., and placed M.R. in reasonable fear of death and serious bodily injury.

In violation of Title 18, United States Code, Section 2261A(2).

Count Four
Cyber Stalking
(Violation of 18 U.S.C. § 2261A(2))

From on or about August 26, 2026, and continuing through on or about August 28, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Samuel Chavez**, defendant, with intent to kill, injure, harass, and intimidate S.V., used an interactive computer service, an electronic communication service, an electronic communication service of interstate commerce, and facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to S.V. and placed S.V. in reasonable fear of death and serious bodily injury.

In violation of Title 18, United States Code, Section 2261A(2).

Count Five
Cyber Stalking
(Violation of 18 U.S.C. § 2261A(2))

From on or about August 26, 2026, and continuing through on or about August 28, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Samuel Chavez**, defendant, with intent to kill, injure, harass, and intimidate E.D., used an interactive computer service, an electronic communication service, an electronic communication service of interstate commerce, and facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to E.D., and placed E.D. in reasonable fear of death and serious bodily injury.

In violation of Title 18, United States Code, Section 2261A(2).

<u>Count Six</u>
Cyber Stalking
(Violation of 18 U.S.C. § 2261A(2))

From on or about August 27, 2026, and continuing through on or about August 28, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Samuel Chavez**, defendant, with intent to kill, injure, harass, and intimidate E.B, a minor, used an interactive computer service, an electronic communication service, an electronic communication service of interstate commerce, and facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to E.B. and placed E.B. in reasonable fear of death and serious bodily injury.

In violation of Title 18, United States Code, Section 2261A(2).

A TRUE BILL:

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-mail: anna.bell@usdoj.gov

ASPEN HALL
Assistant United States Attorney
Oklahoma State Bar No. 36724
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-Mail: aspen.hall@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

SAMUEL CHAVEZ

INDICTMENT

COUNT 1: INTERSTATE THREATENING COMMUNICATIONS
Title 18, United States Code, Section 875(c).

COUNTS 2 through 6: CYBER STALKING
Title 18, United States Code, Section 2261A(2).

(6 COUNTS)

A true bill rendered:

Amarillo ____________________ Foreperson

Filed in open court this 24th day of September A.D. 2026.

Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint filed 8/28/26 – 2:26-MJ-173)

UNITED STATES MAGISTRATE JUDGE